

U.S. Department of Justice

*United States Attorney*
*District of Maryland*
*Northern Division*

*Rod J. Rosenstein*  36 South Charles Street  DIRECT: 410-209-4895
*United States Attorney*  Fourth Floor  MAIN: 410-209-4800
 Baltimore, Maryland 21201  FAX: 410-962-3124
*Michael C. Hanlon*   TTY/TDD: 410-962-4462
*Chief, Violent Crimes*   Michael.Hanlon@usdoj.gov

May 16, 2014

The Honorable J. Frederick Motz
United States District Judge
U.S. Courthouse
101 W. Lombard Street
Baltimore, Maryland 21201

    Re:    United States v. Jeffrey Gregory
            Case No. JFM-13-0334

Dear Judge Motz:

    The Court has instructed the parties to report on the status of this case today. I have conferred with Mr. Hazlehurst, and he advises that he continues to work with his client and wishes to have one additional month, through June 16, 2014, to consider a possible plea resolution. The government is agreeable to that suggestion. Accordingly, the parties do request that they be allowed to submit another status letter, or to call chambers to set a trial schedule, on or before June 16, 2014. I do note, as the parties have advised in previous submissions, that the defendant is currently incarcerated in connection with an ongoing prison sentence.

    I thank the Court for its consideration of this matter.

                                Respectfully Submitted,

                                Rod J. Rosenstein
                                United States Attorney

                                By: _____/s/_____
                                Michael C. Hanlon
                                Assistant United States Attorney

Cc:    Counsel via ECF

APPROVED, the parties shall report on the status of this case by June 16, 2014.


_____
J. Frederick Motz
United States District Judge